IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RAYMOND GRAY, et al. | * | |
| | * | CIVIL NO. 1:13-cv-02270 |
| *Plaintiff,* | * | |
| v. | * | |
| OFFICER WILLIAM SCOTT KERN, et al. | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER

Defendant, Officer William Scott Kern, by his attorneys, Michael Marshall, Chaz Ball, and Schlachman, Belsky & Weiner, P.A., and in answer to Plaintiffs' Complaint, states as follows:

## PARTIES

1. Defendant Kern admits that this suit is brought by Raymond Gray. Defendant Kern elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

2. Defendant Kern admits that this suit is brought by Raymond Gray and Sheri Gray. Defendant Kern elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

3. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

4. Paragraph 4 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

1

5. Paragraph 5 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

6. Paragraph 6 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

7. Paragraph 7 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

8. Paragraph 8 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

9. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

## NOTICE

10. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

## FACTS COMMON TO ALL COUNTS

11. Paragraph 11 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

12. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

13. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

14. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

15. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

16. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

17. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

18. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

19. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

20. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

## COUNT I – FALSE IMPRISONMENT

21. Paragraph 21 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

22. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

23. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

24. Defendant admits that Plaintiff Raymond Gray claims damages as described.

## COUNT II

(Violation of Maryland Constitutional Rights)

25. Paragraph 25 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

26. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

27. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

28. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

29. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

30. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

31. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

## COUNT III - BATTERY

32. Paragraph 32 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

33. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

34. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

## COUNT IV - ASSAULT

35. Paragraph 35 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

36. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

37. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

38. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

39. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

## COUNT V – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

40. Paragraph 40 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

41. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

42. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

43. Defendant Kern is without knowledge or information sufficient to form a belief as to the truth of the averments and the averments are therefore deemed denied.

## COUNT VI – GROSS NEGLIGENCE

44. Paragraph 44 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

45. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

46. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

47. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

### COUNT VII - NEGLIGENCE

48. Paragraph 48 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

49. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

50. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

51. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

52. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

53. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

54. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

### Count VIII

Plaintiff's Section 1983 Action
(Excessive Force)

55. Paragraph 55 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

56. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

### COUNT IX

Plaintiff's Section 1983 Action
(Deprivation of Federal Rights)

57. Paragraph 57 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

58. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

59. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

### COUNT X

Plaintiff's Section 1983 Action
(Failure to Train Under Monell)

60. Paragraph 60 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

61. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

62. Defendant elects to invoke his right under the 5th Amendment to the United States Constitution to remain silent in light of the pending criminal charges.

## COUNT XI

(Loss of Consortium)

63. Paragraph 63 does not contain any allegations regarding the action or inaction of Defendant Kern, therefore no answer is required.

64. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

65. Defendant Kern is without knowledge or information sufficient to form a belief as to the averments and the averments are therefore deemed denied.

### DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each and every allegation thereof, fails to state a claim upon which relief can be granted.

### DEFENDANT'S SECOND AFFIRMATIVE DEFENSE

Defendant generally denies any allegations of wrongdoing and asserts further that he have not violated any of Plaintiffs' constitutional rights.

### DEFENDANT'S THIRD AFFIRMATIVE DEFENSE

Any arrest, search or detention of Plaintiffs was lawful, and any seizures were lawful.

### DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE

Defendant had probable cause and reasonable articulable suspicion to search and detain Plaintiff, and to make any seizures, to the extent that Defendant did any of the above-mentioned acts.

### DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE

Defendant did not act with any malice and his actions were objectively reasonable.

## DEFENDANT'S SIXTH AFFIRMATIVE DEFENSE

Defendant acted reasonably under the circumstances and in good faith.

## DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE

Defendant's actions were privileged because Defendant was performing lawful duties as a member of the Baltimore Police Department and is entitled to and claims all common law, statutory, and qualified immunities.

## DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs suffered any injuries, losses or damages as a result of the incident alleged in their Complaint, the injuries were proximately caused by Plaintiffs' own illegal conduct or by the conduct of other persons or parties for whom this Defendant was not and is not responsible or liable.

## DEFENDANT'S NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, and by the doctrines of laches.

## DEFENDANT'S TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

## DEFENDANT'S ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of assumption of the risk.

## DEFENDANT'S TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of contributory negligence.

## DEFENDANT'S THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

DEFENDANT'S FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of governmental immunity and qualified immunity.

DEFENDANT'S FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their alleged damages.

DEFENDANT'S SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of estoppel, res judicata and collateral estoppel.

DEFENDANT'S SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of illegality.

DEFENDANT'S EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Plaintiffs failed to give adequate and sufficient notice of their claims alleged in their Complaint as required by Md. Ann. Code, Cts. & Jud. Proc. Art. § 5-304.

NINETEENTH DEFENSE

Plaintiffs' claims are subject to the limitation of liability imposed by Md. Cts. & Jud. Proc. Code Ann. § 5-303(a).

WHEREFORE, having fully answered Plaintiffs' Complaint regarding all causes of action Defendant Kern respectfully requests that Plaintiffs be denied the relief requested in the Complaint; that Plaintiffs' Complaint be dismissed in its entirety and with prejudice as to Defendant Kern; that judgment be entered in favor of Defendant Kern and against Plaintiffs; that Defendant Kern be awarded their costs and attorney fees incurred in defending this action; and

that this Court grant Defendant Kern such other and further relief as this Court may deem just and appropriate.

Respectfully submitted,

_____/s/_____
Michael Marshall (Bar No. 02587)

_____/s/_____
Chaz Ball (Bar No. 30044)
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
(410) 685-2022
*Attorneys for Defendant Kern*

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2013, a copy of Defendant Kern's Answer was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system or by first-class mail, properly addressed and postage prepaid.

_____/s/_____
Chaz Ball (Bar No. 30044)