IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND GRAY, et al** | * |
|     **Plaintiffs** | * |
|     -v- | *    Civil Action No. 1:13-cv-02270-WMN |
| **OFFICER WILLIAM SCOTT KERN, et al** | * |
| | * |
|     **Defendants** | |
| | * |

* * * * * * * * * * * * * * * *

## JOINT STATUS REPORT

The Plaintiffs, Raymond Gray, by Carolyn Gray, Guardian of the Person and Property of Raymond Gray, and Sheri Gray, and the defendants, Officer William Scott Kern, Major Eric Russell, Officer Efren Edwards, and Baltimore County, MD, by and through their undersigned counsel, submit this Joint Status Report and state as follows:

    a.    *Whether discovery has been completed:*

There are no changes with regard to the previous Joint Status Report submitted on May 8, 2014 with the exception that the parties are requesting a modification of the current Scheduling Order to permit for additional discovery. Since the Joint Status Report, Plaintiff has provided responses to Interrogatories and Response to Request for Production of Documents propounded by Defendant Kern. The Responses to Interrogatories have not yet been signed by the Guardian of Raymond Gray, Carolyn Gray, but efforts are being made to have the Responses to Interrogatories executed.

Defendant Kern has provided responses to discovery propounded by the Plaintiff; however, Defendants Russell and Edwards have not provided discovery responses.

No depositions have been taken.

The plaintiff, Raymond Gray, is currently institutionalized as a result of his injuries and has not reached maximum medical improvement. As a result, it is too early for an assessment by a life care planner.

The parties request an extension of six months to complete discovery with the exception of Baltimore County, MD which objects to the extension.

 b. *Whether any motions are pending:*

There are currently no motions pending; however, Baltimore County, MD intends to renew its Motion for Summary Judgment.

 c. *Whether any party intends to file a dispositve pretrial motion:*

Baltimore County, MD intends to renew its Motion for Summary Judgment. The other parties have no current plans to file dispositive motions. However, these parties reserve on a decision until discovery is completed.

 d. *Whether the case is to be tried jury or non-jury and the anticipated length of trial:*

This case is to be trial by a jury. The parties estimate the anticipated length of trial to be 5-6 days.

 e. *A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein:*

Defense counsel have not received authority to engage in settlement negotiations.

 f. *Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motions:*

The parties do not believe it would be helpful to refer this case to another judge of this Court for a settlement or other ADR conference.

g. *Whether all parties consent, pursuant to 28 U.S.C. §636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment:*

Defendants do not consent to have a U.S. Magistrate Judge conduct further proceedings in this case.

h. *Any other matter which you believe should be brought to the court's attention:*

None at this time.

Dated:

                 */s/*
A. Dwight Pettit, Bar ID 01697
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD  21201
(410) 542-5400

                 */s/*
Allan B. Rabineau, Bar ID 01636
401 East Pratt Street, Suite 2252
Baltimore, MD  21202
(410) 837-9150
Attorneys for Plaintiffs

                 */s/*
Michael Marshall, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, MD  21202
(410) 685-2022
Attorney for Defendant Officer William Scott Kern

                /s/
Patrick McKevitt, Esq.
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, MD  21202
(410) 347-8700
Attorneys for Defendants Major Eric Russell
 and Officer Efren Edwards

                /s/
Paul M. Mayhew, Esq.
Assistant County Attorney
400 Washington Avenue
Towson, MD  21204
(410) 887-4420
Attorney for Defendant, Baltimore County,
 MD