IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| RAYMOND GRAY, et al, | * | |
| | * | |
| *Plaintiffs,* | * | Civil Action No.: 1:13-cv-002270-WMN |
| | * | |
| v. | * | |
| | * | |
| OFC WILLIAM SCOTT KERN, et al, | * | |
| | * | |
| | * | |
| *Defendants.* | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Officer William Scott Kern, by his attorneys Michael Marshall, Chaz Ball, and Schlachman, Belsky & Weiner, P.A., and pursuant to Federal Rule of Civil Procedure 56, files this Motion for Summary Judgment with respect to the Complaint filed by Plaintiffs, Raymond Gray and Sheri Gray. Defendant files the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

WHEREFORE, for the reasons set forth in his Memorandum of Law, Defendant requests that his Motion for Summary Judgment be granted.

Respectfully submitted,

_____/s/_____
Michael Marshall (Bar No. 02587)

                                                  /s/
                         Chaz Ball (Bar No. 30044)
                         Schlachman, Belsky & Weiner, P.A.
                         300 East Lombard Street, Suite 1100
                         Baltimore, Maryland 21202
                         phone: (410) 685-2022
                         fax: (410) 783-4771
                         email: cball@sbwlaw.com
                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5${}^{th}$ day of February, 2015, a copy of Defendant Kern's Motion for Summary Judgment, Memorandum in Support, and Proposed Order were filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system or by first-class mail, properly addressed and postage prepaid.

                                                  /s/
                         Chaz Ball (Bar No. 30044)