IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND GRAY, et al** | * |
| Plaintiffs | * |
| -v- | * |
| | Civil Action No. 1:13-cv-02270-WMN |
| **OFFICER WILLIAM SCOTT KERN, et al** | * |
| | * |
| Defendants | |
| | * |

* * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

The parties hereto, by their respective attorneys set forth below, stipulate to the dismissal of this action against Baltimore County, Maryland **ONLY** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____/s/_____
A. Dwight Pettit, Bar ID 01697
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD  21201
(410) 542-5400

_____/s/_____
Allan B. Rabineau, Bar ID 01636
401 East Pratt Street, Suite 2252
Baltimore, MD  21202
(410) 837-9150

Attorneys for Plaintiffs

                                          /s/
Paul M. Mayhew Bar ID 22210
Assistant County Attorney
400 Washington Avenue
Towson, MD  21204
(410) 887-4420
Attorney for Baltimore County, MD


                                          /s/
Michael Marshall, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, MD  21202
(410) 685-2022
Attorney for Defendant Officer
  William Scott Kern

                                          /s/
Patrick McKevitt, Esq.
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, MD  21202
(410) 347-8700
Attorneys for Defendants Major Eric Russell
  and Officer Efren Edwards


## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12th day of March, 2015, a copy of the foregoing Plaintiffs' was served via the Electronic Filing System of the United States District Court for the District of Maryland on the following persons:

Michael Marshall, Esq.
Chaz R. Ball, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, MD  21202
Attorney for Defendant Officer William Scott Kern

2

Patrick McKevitt, Esq.
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, MD  21202
Attorneys for Defendants Major Eric Russell and
 Officer Efren Edwards

Paul M. Mayhew, Esq.
Assistant County Attorney
400 Washington Avenue
Towson, MD  21204
Attorney for Defendants Baltimore County, MD

                                                      */s/*
                                      Allan B. Rabineau, Bar ID 01636