IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND GRAY, *et al.* | * |
| Plaintiffs | * |
| v. | * Case No: 1:13-cv-02270 WMN |
| OFFICER SCOTT KERN, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS OFFICER EFREN EDWARDS AND MAJOR ERIC RUSSELL'S MOTION FOR SUMMARY JUDGMENT**

Defendants, Officer Efren Edwards ("Officer Edwards") and Major Eric Russell ("Major Russell"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby file this Motion for Summary Judgment. As set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, there are no disputes of fact and Officer Edwards and Major Russell are entitled to judgment as a matter of law.

Respectfully submitted,

_____/s/_____
Thurman W. Zollicoffer, Jr. (Bar No. 23256)
Dennis M. Robinson, Jr. (Bar No. 27047)
Patrick D. McKevitt (Bar No. 30078)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1300
Baltimore, Maryland 21202-1636
(410) 347-8700
drobinson@wtplaw.com
pmckevitt@wtplaw.com
*Attorneys for Defendants,*
*Officer Efren Edwards and*
*Major Eric Russell*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of May, 2015, a copy of the foregoing *Motion for Summary Judgment and Memorandum in Support* was filed electronically with the Clerk of the Court using the CM/ECF system.

                                                                         /s/_____
                                                                     Patrick D. McKevitt