# EXHIBIT A

COPY

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF MARYLAND

 3

 4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

 5    RAYMOND GRAY, et al.,              *

 6              Plaintiffs              *

 7    vs.                              *    CASE NUMBER:

 8    OFFICER WILLIAM SCOTT KERN,      *    1:13-CV-02270-WMN

 9    et al.,                          *

10              Defendants             *

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

12

13            The Deposition of WILLIAM KERN, held at

14    SCHLACHMAN, BELSKY & WEINER, P.A., on Thursday,

15    December 11, 2014, from 10:15 a.m. to 11:00 a.m.,

16    before Emily Rose Hoffman, Notary Public for the

17    State of Maryland.

18

19

20

21
```

Deposition of Officer William Scott Kern                    Raymond Gray, et al v. Officer William Scott Kern, et al

Page 2

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | On behalf of the Plaintiffs: |
| 4 | ALLAN B. RABINEAU, ESQUIRE |
| 5 | LAW OFFICES OF ALLAN B. RABINEAU |
| 6 | 401 East Pratt Street |
| 7 | Suite 2252 |
| 8 | Baltimore, Maryland 21202 |
| 9 | (410) 837-9150 |
| 10 | |
| 11 | On behalf of the Plaintiffs: |
| 12 | A. DWIGHT PETTIT, ESQUIRE |
| 13 | A. DWIGHT PETTIT, P.A. |
| 14 | 3606 Liberty Heights Avenue |
| 15 | Baltimore, Maryland 21215 |
| 16 | (410) 542-5400 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

Page 4

| | |
|---|---|
| 1 | APPEARANCES, continued: |
| 2 | |
| 3 | On behalf of the Defendant Baltimore County: |
| 4 | PAUL M. MAYHEW, ESQUIRE |
| 5 | BALTIMORE COUNTY OFFICE OF LAW |
| 6 | 400 Washington Avenue |
| 7 | Second Floor |
| 8 | Towson, Maryland 21204 |
| 9 | (410) 887-4420 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

Page 3

| | |
|---|---|
| 1 | APPEARANCES, continued: |
| 2 | |
| 3 | On behalf of the Defendant Kern: |
| 4 | MICHAEL L. MARSHALL, ESQUIRE |
| 5 | SCHLACHMAN, BELSKY & WEINER, P.A. |
| 6 | 300 East Lombard Street |
| 7 | Suite 1100 |
| 8 | Baltimore, Maryland 21202 |
| 9 | (410) 685-2022 |
| 10 | |
| 11 | On behalf of the Defendants Russell and Edwards: |
| 12 | PATRICK D. MCKEVITT, ESQUIRE |
| 13 | WHITEFORD, TAYLOR & PRESTON, LLP |
| 14 | Seven Saint Paul Street |
| 15 | Baltimore, Maryland 21202 |
| 16 | (410) 347-8700 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

Page 5

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | - - - - - - |
| 3 | WILLIAM KERN, |
| 4 | having been duly sworn, testified as follows: |
| 5 | EXAMINATION BY MR. RABINEAU: |
| 6 | Q    Mr. Kern, my name is Allan Rabineau. |
| 7 | Mr. Pettit and I represent Raymond Gray in this |
| 8 | particular case. |
| 9 | Has your deposition ever been taken |
| 10 | before? |
| 11 | A    No. |
| 12 | Q    Well, if during the deposition you |
| 13 | don't understand a question, you are free to ask |
| 14 | me to rephrase the question or repeat it if you |
| 15 | don't get it the first time. |
| 16 | If you need a break for any other |
| 17 | reason, you can just say you need a break.  Okay? |
| 18 | Do you have any questions before we |
| 19 | start? |
| 20 | A    No. |
| 21 | Q    On February the 12th, 2013, did you |

Deposition of Officer William Scott Kern                              Raymond Gray, et al v. Officer William Scott Kern, et al

| | Page 6 | | Page 8 |
|---|---|---|---|
| 1 | shoot Raymond Gray? | 1   A   Probably eight years or so. |
| 2   A   I accidently shot Raymond Gray, yes. | 2   Q   And the training that was going on, it |
| 3   Q   My next question was going to be why? | 3   was tactical instruction but was it called bunker |
| 4   A   I withdrew my -- what I intended to be | 4   instruction?  How would that particular exercise |
| 5   my simunitions weapon and fire a round into a | 5   be classified by you? |
| 6   wooden door that the round wouldn't penetrate, nor | 6   A   They are all under the same |
| 7   would it go through to the other side.  And I | 7   tactical -- tactical instruction is different |
| 8   accidently withdrew the wrong weapon. | 8   levels, different aspects of it. |
| 9   Q   Now, this was during the course of a | 9   Q   And during this tactical instruction, |
| 10   training exercise through the Baltimore City | 10   you used a, was it called a simulation? |
| 11   Police Department; is that correct? | 11   A   Simunition. |
| 12   A   Yes. | 12   Q   Simunition, excuse me.  And this |
| 13   Q   Would you tell us what the nature of | 13   simunition, did it have a manufacturer or a model |
| 14   that training exercise was?  Did it have a | 14   number, do you recall? |
| 15   specific name? | 15   A   It was a Glock T22. |
| 16   A   Tactical training. | 16   Q   A Glock T, did you say 22? |
| 17   Q   And very briefly, describe what was | 17   A   I believe yes, 22. |
| 18   going on in that training. | 18   Q   And your standard Glock weapon that |
| 19   A   We were doing bunker instruction.  We | 19   was issued to you as a member of the police |
| 20   were doing how to enter rooms, how to search | 20   department, what model was that? |
| 21   places, how -- the aspects of tactical searching | 21   MR. MARSHALL:  Are you talking about |

| | Page 7 | | Page 9 |
|---|---|---|---|
| 1   and entering buildings and houses. | 1   live weapon or simunition weapon? |
| 2   Q   And you were an instructor? | 2   MR. RABINEAU:  No.  We're talking |
| 3   A   Yes. | 3   about the live weapon that was issued. |
| 4   Q   And you were an instructor in what | 4   A   The Glock 22. |
| 5   specific training? | 5   Q   So the only difference that you recall |
| 6   A   That day? | 6   is one was a Glock T22 and the other was a Glock |
| 7   Q   Well, I want to know what all your | 7   22? |
| 8   training as an instructor. | 8   A   In the name? |
| 9   A   Oh, I'm an EVOC instructor. | 9   Q   The simunition you had said was a |
| 10   Q   That's emergency vehicle -- | 10   Glock T22, and the issued live weapon was Glock |
| 11   A   Emergency vehicle operations course | 11   22? |
| 12   instructor.  Defense tactics instructor.  It all | 12   A   Mm-hmm. |
| 13   just left me.  Tactical instructor.  PT, physical | 13   Q   And I'm saying the only difference in |
| 14   training.  Classroom, various classroom | 14   the name, the one has a T for the 22 and the other |
| 15   instructions. | 15   does not? |
| 16   Q   Now, this particular exercise that was | 16   A   That's correct. |
| 17   going on, what training would that fall under? | 17   Q   Because I'm going to refer to the two |
| 18   A   Tactical instruction. | 18   weapons.  And I would -- well, you tell me, were |
| 19   Q   That would be tactical instruction. | 19   they similar in appearance? |
| 20   How long had you been a tactical | 20   A   Yes. |
| 21   instructor? | 21   Q   Okay.  What was the -- what, if any, |