# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF MARYLAND

CIVIL ACTION

- - - - - - - - - - - - - - - - - - - - - - - - -
RAYMOND GRAY, et al.,             :1:13-cv-02270-WMN
                                  :
        Plaintiffs,               :
    vs.                           :
                                  :
OFFICER WILLIAM SCOTT KERN,       :
et al.,                           :
        Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - -


      Transcript of deposition of OFFICER EFREN E.

EDWARDS, SENIOR taken by and before Mary McKeon,

Registered Professional Reporter, Notary Public, at the

Rabineau Law Offices, Suite 2252, World Trade Center,

401 East Pratt Street, Baltimore, Maryland on Friday,

January 16, 2015, commencing at 10:51 a.m.

1       A    If I could describe it, he was on the
2  lower level where the -- like the basketball
3  gymnasium area is.
4           I was two levels above, to the far end.  I
5  believe it was on the east side or the west side of the
6  building.  He was on the lower west side of the
7  building.  I was on the upper east side of the
8  building, training.
9           And he came to me and we talked.  He came
10 running up the steps yelling and screaming, "Efren, Ef,
11 Ef, Ef."  I was unsure why he was screaming, yelling,
12 but I could tell there was something wrong by the pitch
13 of his voice.
14          He got upstairs and he was extremely upset,
15 sweating, he seemed to be distraught.  I asked him what
16 was wrong.  He said, "I shot somebody."  Initially, I
17 thought he may have shot someone without them having
18 their safety simunition equipment on.
19          I then asked him, "Okay.  Where is the person
20 you shot?"  He said, "Downstairs."  So on the way down
21 the steps, he said, "I shot him with my gun."  So I

1  stopped in mid -- and I asked him, "You mean you shot
2  him with your gun?"  So he said, "Yes."
3          So, I run downstairs to see Officer Gray
4  laying on the floor, with an entry wound to what
5  appeared to be his forehead.
6      Q   Where was his body, at that point,
7  situated?
8      A   He was like -- if the gymnasium was here,
9  Officer Gray was laying just outside of the gymnasium
10 entrance.
11     Q   Did Officer Kern ever indicate to you that
12 he intended to fire a simunition and he mistakenly
13 fired a live weapon?
14     A   He never said that he intentionally did
15 it.  He never said that to me.  No, he never said
16 that.
17     Q   Did he ever indicate to you why he was
18 firing in the direction where Mr. Gray was?
19     A   At the time, no.  I didn't understand or
20 was made mention as to why he did it until the actual
21 court date.