EXHIBIT C

1            IN THE UNITED STATES DISTRICT COURT

2        IN AND FOR THE EASTERN DISTRICT OF MARYLAND

3                      CIVIL ACTION

4

5    - - - - - - - - - - - - - - - - - - - - - - - - - -

     RAYMOND GRAY, et al.,           :1:13-cv-02270-WMN
6                                    :
               Plaintiffs,           :
7          vs.                       :
                                     :
8    OFFICER WILLIAM SCOTT KERN,     :
     et al.,                         :
9              Defendants.           :
     - - - - - - - - - - - - - - - - - - - - - - - - - -

10

11

12

13          Transcript of deposition of MAJOR ERIC L.

14   RUSSELL, SENIOR taken by and before Mary McKeon,

15   Registered Professional Reporter, Notary Public, at the

16   Rabineau Law Offices, Suite 2252, World Trade Center,

17   401 East Pratt Street, Baltimore, Maryland on Friday,

18   January 16, 2015, commencing at 9:30 a.m.

19

20

21

1          Q     Would that have been Internal Affairs?

2          A     Well, I believe there were various

3     departments investigating it at the time: Office of

4     Internal Insight, Internal Affairs, I believe it was

5     Baltimore County, State Police were all involved at

6     the top.  I don't know how it, basically, branched

7     down to -- became the primary investigator of the

8     entire incident.

9          Q     Now, this event occurred at a training

10    session at the Rosewood facility; is that correct, to

11    your knowledge?

12         A     That is correct.

13         Q     Had you, up till that date, ever been to

14    the Rosewood facility?

15         A     No.

16         Q     Have you, since that date?

17         A     Outside the date of the incident, I have

18    not been back.

19         Q     You were there the date of the incident?

20               MR. McKEVITT:   Objection to form.

21               THE WITNESS:   I was notified of the

1   incident, and then I responded to the location.

2   BY MR. RABINEAU:

3        Q     So I understand, your testimony is you

4   were not there when it happened?

5        A     Correct.

6        Q     I didn't mean to infer that.  But sometime

7   after the event, you arrived at the Rosewood

8   facility?

9        A     Yes.

10       Q     Had Mr. Gray already been transported from

11  the scene?

12       A     That's correct.

13       Q     Now I understand you, personally, did not

14  know trainee Gray?

15       A     Correct.

16       Q     Are you aware that he was not a member of

17  the Baltimore City Police Department?

18       A     It was brought to my attention afterwards,

19  yes.

20       Q     Are you, currently, aware of what --

21  member of what police department he was at that time?