IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND GRAY, et al** | * |
| **Plaintiffs** | * |
| -v- | * |
| | Civil Action No. 1:13-cv-02270-WMN |
| **OFFICER WILLIAM SCOTT KERN, et al** | * |
| | * |
| **Defendants** | |
| | * |

* * * * * * * * * * * * * * * *

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS EDWARDS AND RUSSELL'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Raymond Gray, by Carolyn Gray, Guardian of the Person and Property of Raymond Gray, and Sheri Gray, by and through their attorneys, A. Dwight Pettit, The Law Office of A. Dwight Pettit and Allan B. Rabineau, pursuant to Federal Rule of Civil Procedure 56, file this Response in Opposition to Defendants Edwards and Russell's Motion for Summary Judgment in the above-captioned case. Plaintiffs file with this Opposition Response, and incorporate by reference herein, the accompanying Memorandum of Law.

**WHEREFORE**, for the reasons set forth in Plaintiffs' Memorandum of Law in Support of Response to Defendants Edwards and Russell's Motion for Summary Judgment, Plaintiffs request that the Court:

A. Deny Defendants Edwards and Russell's Motion for Summary Judgment, or in the alternative

B. Allow Plaintiffs additional time to respond to Defendants Edwards and Russell's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(d) until 30 days

1

after materials which are the subject of a Motion to Compel Response to Subpoena Duces Tecum are received, if the Court is not persuaded to deny the Motion for the following reasons:

1. A Motion to Compel Responses to Subpoena Duces Tecum has been filed since the Baltimore Police Department's officials, Lieutenant Jodi McFadden and Chief Rodney Hill, have failed to provide said documents (ECF Doc. 87).

2. The inherent problem in bifurcating the *Monell* claims with regard to discovery, i.e., Plaintiffs not realizing that the materials requested in the subsequent *Monell* discovery phase have a bearing on the underlying case until the materials are produced.

C. Permit Plaintiffs sufficient time to amend their Complaint if the Court is not persuaded to deny the Motion or allow Plaintiffs additional time to respond to the Motion.

D. Grant such other and further relief as justice may require.

Respectfully Submitted,

*/s/*
A. Dwight Pettit, Bar ID 01697
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD  21201
(410) 542-5400
adpettit@adwightpettit.com

*/s/*
Allan B. Rabineau, Bar ID 01636
401 East Pratt Street, Suite 2252
Baltimore, MD  21202
(410) 837-9150
allanbra@verizon.net

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 20th day of May, 2015, the foregoing Plaintiffs' Response in Opposition to Defendants Edwards and Russell's Motion for Summary Judgment, Memorandum of Law, Exhibits and proposed Order were filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system or by first-class mail, property addressed and postage prepaid.

                                                       */s/*
                                        Allan B. Rabineau, Bar ID 01636