# <u>INDEX OF EXHIBITS</u>

Exhibit A     Deposition Transcript of Officer Efren E. Edwards
taken on January 16, 2015

Exhibit B     Trial Transcript, *State v. Kern*, October 16, 2013, pp. 33-34

Exhibit C     Trial Transcript, *State v. Kern*, October 17, 2013, p. 11

Exhibit D     Trial Transcript, *State v. Kern*, October 17, 2013, pp. 9-11

Exhibit E     Deposition Transcript of William Kern taken on
December 11, 2014

Exhibit F     Trial Transcript, *State v. Kern*, October 17, 2013, p. 12

Exhibit G     Trial Transcript, *State v. Kern*, October 17, 2013, p. 42

Exhibit H     Trial Transcript, *State v. Kern*, October 17, 2013, p. 30

Exhibit I     Trial Transcript, *State v. Kern*, October 17, 2013, p. 22

Exhibit J     Deposition Transcript of Major Eric Russell taken on
January 16, 2015 and Deposition Exhibit

Exhibit K     Trial Transcript, *State v. Kern*, October 16, 2013, p. 128

Exhibit L     Trial Transcript, *State v. Kern*, October 16, 2013, p. 23