# EXHIBIT B

| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR BALTIMORE COUNTY |
| WILLIAM SCOTT KERN | * | |
| Defendant | * | Case No. 03-K-13-001842 |

******************************************************

TRANSCRIPT OF PROCEEDINGS:

October 16, 2013

Judge Jan Alexander, presiding

JOHN COX, ASST. STATE'S ATTORNEY

KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY

SHAUN OWENS, ESQUIRE

Counsel for Defendant

Christine R. Leary, Transcriber

**TABLE OF CONTENTS**

| DESCRIPTION | PAGE |
| --- | --- |
| Plaintiff's opening | 10 |
| Defendant's opening | 13 |
| State's direct exam of Carolyn Gray | 20 |
| State's direct exam of Officer Efren Edwards | 23 |
| State's Exhibit 2 | 27 |
| State's Exhibit 1 | 45 |
| Cross exam of Officer Edwards by Mr. Owens | 57 |
| Re-direct exam of Officer Edwards | 67 |
| Re-cross exam of Officer Edwards | 67 |
| State's direct exam of Officer Derek Allen | 69 |
| State's Exhibit 3 | 79 |
| Cross exam of Officer Allen by Mr. Owens | 81 |
| Defendant's Exhibit 1 | 85 |
| Re-direct exam of Officer Allen | 88 |
| Re-cross exam of Officer Allen | 91 |
| State's direct exam of Officer Kodra | 94 |
| State's Exhibit 5 | 98 |
| State's Exhibit 6 | 100 |
| Cross exam of Officer Kodra by Mr. Owens | 106 |
| Defendant's Exhibit 2 | 107 |
| State's direct exam of Officer Eva Tonin | 110 |
| State's Exhibit 7 | 117 |
| State's Exhibit 8 | 118 |

## TABLE OF CONTENTS

| Description | Page |
|---|---|
| Cross exam of Officer Tonin by Mr. Owens | 125 |
| State's direct exam of Danielle Smith | 132 |
| Cross exam of Ms. Smith by Mr. Owens | 144 |
| State's direct exam of Officer Russell Tourangeau | 146 |
| Cross exam of Officer Tourangeau by Mr. Owens | 154 |
| State's direct exam of Officer Jonathan Molina | 159 |
| Cross exam of Officer Molina by Mr. Owens | 168 |
| State's direct of Officer Kevin Wojciechowski | 170 |
| Cross exam of Officer Wojciechowski by Mr. Owens | 177 |
| State's direct exam of Dr. David Vitberg | 181 |
| Defendant's Motion | 193 |
| State's response | 201 |
| Defendant's response | 208 |
| Judge's decision | 210 |
| Defendant's Motion | 212 |
| State's response | 213 |
| Judge's decision | 214 |

STATE: Okay and why is that?

MR. OWENS: Objection.

JUDGE ALEXANDER: Overruled.

OFFICER: No live weapons are allowed within the simunitions training because of the possibility of an accidental discharge.

STATE: Now, I want to draw your attention to the period leading up to the 12th of February, 2013. Did you have any responsibility with regard to the then current Academy class with the Baltimore Police?

OFFICER: I was still a, I was still assigned to education and training. Officer Angela Choy (phonetic), who is the scheduler, notified me months ahead of time before the date and stated that the --

MR. OWENS: Objection.

JUDGE ALEXANDER: Sustained.

STATE: Okay. Without indicating what Officer Choy indicated to you, were you given responsibilities with regard to that class?

OFFICER: Yes, sir. I was, I was a tactical trainer for that day.

STATE: Okay.

OFFICER: I mean, for the simunitions training.

STATE: All right and that's what I was going to get to, specifically the 12th of February 2013, what were your

responsibilities for that day?

OFFICER: I would, I was to meet Officer Kern at a designated training area and we were going to conduct our yearly or monthly tactical training with, which each class of the Academy goes through.

STATE: Okay. Now, you said you were to meet Officer Kern. Did you know Officer Kern before that day?

OFFICER: Yes, sir.

STATE: All right. Had you interacted with him in, in business with the Police Department prior to that?

OFFICER: Yes, sir.

STATE: Okay and the person that you referred to as Officer Kern, is he here in the courtroom today?

OFFICER: Yes, sir, yes, he is.

STATE: Can you point him out for me, please?

OFFICER: He's seated right here with the glasses next to defense counsel.

STATE: Thank you. Let the record reflect that the witness has pointed to the Defendant, William Scott Kern. So you were instructed that you were to meet Officer Kern where?

OFFICER: At the Rosewood training facility.

STATE: Okay. Had you been to the Rosewood training facility before that day?

OFFICER: Yes, sir.

STATE: Okay and was that for training involved with