EXHIBIT C

```
 1  STATE OF MARYLAND         *    IN THE
 2      Plaintiff             *    CIRCUIT COURT
 3  v.                        *    FOR BALTIMORE COUNTY
 4  WILLIAM SCOTT KERN        *
 5      Defendant             *    Case No.  03-K-13-001842
 6  ************************************************************
 7  TRANSCRIPT OF PROCEEDINGS:
 8  October 17, 2013
 9  Judge Jan Alexander, presiding
10
11
12
13
14  JOHN COX, ASST. STATE'S ATTORNEY
15  KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY
16
17  SHAUN OWENS, ESQUIRE
18  Counsel for Defendant
19
20
21
22
23
24
25  Christine R. Leary, Transcriber
26
```

TABLE OF CONTENTS

| DESCRIPTION | PAGE |
|---|---|
| Defense direct exam of Defendant, William Scott Kern | 6 |
| Defendant's Exhibit 3 | 19 |
| Defendant's Exhibit 4 | 26 |
| Defendant's Exhibit 5 | 33 |
| State's cross exam of Defendant | 37 |
| Defense re-direct exam of Defendant | 71 |
| Defense direct exam of John Farnam | 79 |
| State's cross exam of Mr. Farnam | 110 |
| Defense re-direct exam of Mr. Farnam | 122 |
| State's re-cross exam of Mr. Farnam | 124 |
| Defense re-re-direct exam of Mr. Farnam | 124 |
| State's direct exam of Officer Efren Edwards | 127 |
| Defense cross exam of Officer Edwards | 131 |
| Defendant's Motion for Judgment of Acquittal | 133 |
| Judge's decision | 133 |
| Discussion regarding jury instructions | 133 |
| Judge's instructions to the jury | 139 |
| State's closing argument | 150 |
| Defense closing argument | 167 |
| State's rebuttal closing argument | 179 |
| Jury begins deliberation | 186 |
| Jury's verdict | 190 |

huge campus. I wasn't familiar with the area itself. I did find out that there was a drug rehabilitation center on that campus itself, which I didn't really like because you're going to have people with drug problems milling around, going in and out of that facility, and it was in close proximity to where we were doing the training and I discussed with Officer Edwards that Monday that I didn't really like this facility and he made the decision at that point that we were going to continue that for this week and we probably weren't going to come back to that facility again.

   MR. OWENS: Okay. If you know, who was responsible for obtaining that facility for training?

   MR. KERN: Officer Edwards.

   MR. OWENS: Okay. Now, what, if any, other facilities do you as an Academy instructor use for training exercises?

   MR. KERN: We use the Dickman Street garage and we use the Camp Frederick military base on Reisterstown Road.

   MR. OWENS: Okay. What, if any, significant differences are there between the Rosewood Center and Dickman Street Garage and the Fort Frederick Military Center?

   MR. KERN: Both of the other two facilities we can secure. Both of the other two facilities we can park our instructor vehicles inside the facility itself so that if should something happen, we have, our weapons are close to us,