EXHIBIT D

```
 1  STATE OF MARYLAND            *     IN THE
 2      Plaintiff                *     CIRCUIT COURT
 3  v.                           *     FOR BALTIMORE COUNTY
 4  WILLIAM SCOTT KERN           *
 5      Defendant                *     Case No.  03-K-13-001842
 6  ***********************************************************
 7  TRANSCRIPT OF PROCEEDINGS:
 8  October 17, 2013
 9  Judge Jan Alexander, presiding
10
11
12
13
14  JOHN COX, ASST. STATE'S ATTORNEY
15  KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY
16
17  SHAUN OWENS, ESQUIRE
18  Counsel for Defendant
19
20
21
22
23
24
25  Christine R. Leary, Transcriber
26
```

2

1  TABLE OF CONTENTS
2  DESCRIPTION                                                                  PAGE
3  Defense direct exam of Defendant, William Scott Kern...... 6
4  Defendant's Exhibit 3................................................................ 19
5  Defendant's Exhibit 4................................................................ 26
6  Defendant's Exhibit 5................................................................ 33
7  State's cross exam of Defendant............................................ 37
8  Defense re-direct exam of Defendant..................................... 71
9  Defense direct exam of John Farnam...................................... 79
10 State's cross exam of Mr. Farnam........................................... 110
11 Defense re-direct exam of Mr. Farnam.................................... 122
12 State's re-cross exam of Mr. Farnam...................................... 124
13 Defense re-re-direct exam of Mr. Farnam............................... 124
14 State's direct exam of Officer Efren Edwards...................... 127
15 Defense cross exam of Officer Edwards.................................. 131
16 Defendant's Motion for Judgment of Acquittal....................... 133
17 Judge's decision....................................................................... 133
18 Discussion regarding jury instructions................................ 133
19 Judge's instructions to the jury........................................... 139
20 State's closing argument........................................................ 150
21 Defense closing argument........................................................ 167
22 State's rebuttal closing argument........................................ 179
23 Jury begins deliberation......................................................... 186
24 Jury's verdict.......................................................................... 190
25
26

1  they're not available that day.  You also are responsible for
2  being a mentor to classes as well as being an advisor to
3  certain classes.
4      MR. OWENS:  Over the course of your career and
5  specifically the thirteen years or so you've been an
6  instructor, how many cadets do, approximately that you've
7  trained?
8      MR. KERN:  Over thirty-two hundred.
9      MR. OWENS:  Okay and with respect to those thirty-two
10 hundred cadets, how many training accidents, if any, have you
11 had?
12     MR. KERN:  I've had none.
13     MR. OWENS:  Going back to the date of February the
14 12th of this year, did you have any occasion to be at the
15 Rosewood Center in Owings Mills?
16     MR. KERN:  Yes, sir.
17     MR. OWENS:  And why were you there?
18     MR. KERN:  It was, we were there to conduct tactical
19 training.
20     MR. OWENS:  Okay.  Who was with you on that date?
21     MR. KERN:  Myself, Officer Edwards and I believe
22 eighteen or nineteen recruits.
23     MR. OWENS:  Now, when, if ever, had you been to this
24 facility in the past?
25     MR. KERN:  I had never been to this facility before.

1  This was actually, this is the second day going to that
2  facility.  The first day was the Monday before that Tuesday, we
3  had gone to that facility.  Prior to that, I had never been to
4  that facility.
5       MR. OWENS:  Okay.  Can you describe this facility for
6  the ladies and gentlemen of the jury?
7       MR. KERN:  Upon arriving on that Monday morning,
8  myself, we found Officer Edwards and he led us, it took us
9  about twenty minutes to go from building to building to find
10 the building that we were actually going to go to, driving
11 around this pretty large campus.  Once we finally found the
12 location we were going to go to, we went in, myself and him,
13 and he showed me some things and at that point I was, I didn't
14 like the facility, it wasn't --
15      MR. OWENS:  Well, let me stop you there for a second.
16 Why didn't you like the facility?
17      MR. KERN:  It wasn't, it wasn't a secure facility
18 like we had used in the past.  There were close to eighty some
19 plus rooms inside the facility, probably more than half of
20 those rooms didn't have electricity or lights in.  The only
21 access to the entire large building was one door that we
22 accessed and that was only accessed from a key from the
23 outside.  If the door were to go shut, there was no way we
24 could get out.  We would be literally locked into the building
25 itself and in driving around the campus, it was a huge, pretty

1  huge campus. I wasn't familiar with the area itself. I did
2  find out that there was a drug rehabilitation center on that
3  campus itself, which I didn't really like because you're going
4  to have people with drug problems milling around, going in and
5  out of that facility, and it was in close proximity to where we
6  were doing the training and I discussed with Officer Edwards
7  that Monday that I didn't really like this facility and he made
8  the decision at that point that we were going to continue that
9  for this week and we probably weren't going to come back to
10 that facility again.
11         MR. OWENS: Okay. If you know, who was responsible
12 for obtaining that facility for training?
13         MR. KERN: Officer Edwards.
14         MR. OWENS: Okay. Now, what, if any, other
15 facilities do you as an Academy instructor use for training
16 exercises?
17         MR. KERN: We use the Dickman Street garage and we
18 use the Camp Frederick military base on Reisterstown Road.
19         MR. OWENS: Okay. What, if any, significant
20 differences are there between the Rosewood Center and Dickman
21 Street Garage and the Fort Frederick Military Center?
22         MR. KERN: Both of the other two facilities we can
23 secure. Both of the other two facilities we can park our
24 instructor vehicles inside the facility itself so that if
25 should something happen, we have, our weapons are close to us,