EXHIBIT F

```
 1  STATE OF MARYLAND              *     IN THE
 2      Plaintiff                  *     CIRCUIT COURT
 3  v.                             *     FOR BALTIMORE COUNTY
 4  WILLIAM SCOTT KERN             *
 5      Defendant                  *     Case No.  03-K-13-001842
 6  ************************************************************
 7  TRANSCRIPT OF PROCEEDINGS:
 8  October 17, 2013
 9  Judge Jan Alexander, presiding
10
11
12
13
14  JOHN COX, ASST. STATE'S ATTORNEY
15  KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY
16
17  SHAUN OWENS, ESQUIRE
18  Counsel for Defendant
19
20
21
22
23
24
25  Christine R. Leary, Transcriber
26
```

1
## TABLE OF CONTENTS

2   **DESCRIPTION**                                                                 **PAGE**
3   Defense direct exam of Defendant, William Scott Kern...... 6
4   Defendant's Exhibit 3.................................................................... 19
5   Defendant's Exhibit 4.................................................................... 26
6   Defendant's Exhibit 5.................................................................... 33
7   State's cross exam of Defendant................................................. 37
8   Defense re-direct exam of Defendant......................................... 71
9   Defense direct exam of John Farnam......................................... 79
10  State's cross exam of Mr. Farnam............................................. 110
11  Defense re-direct exam of Mr. Farnam..................................... 122
12  State's re-cross exam of Mr. Farnam....................................... 124
13  Defense re-re-direct exam of Mr. Farnam................................ 124
14  State's direct exam of Officer Efren Edwards........................ 127
15  Defense cross exam of Officer Edwards................................... 131
16  Defendant's Motion for Judgment of Acquittal....................... 133
17  Judge's decision........................................................................... 133
18  Discussion regarding jury instructions................................... 133
19  Judge's instructions to the jury............................................. 139
20  State's closing argument............................................................ 150
21  Defense closing argument............................................................ 167
22  State's rebuttal closing argument............................................ 179
23  Jury begins deliberation............................................................ 186
24  Jury's verdict.............................................................................. 190

25

26

1  we don't have to have them on us, necessarily, we can keep them
2  in the vehicle and the vehicles are secured inside the building
3  that we can secure and let, allow no access.  Both of those
4  other, both of those facilities also have very high fences with
5  barbed wire around them that we can also secure.
6        MR. OWENS:  Okay.  What, if any, discussions did you
7  have with your fellow instructor regarding security at this
8  facility?
9        MR. KERN:  We discussed Monday and Tuesday morning
10 that one of us would have to be armed because of the
11 unsecuredness of the facility itself.  We have no vision of the
12 door that we had to prop open because we were several, several
13 layers below that.  There was too many rooms for people,
14 someone could come in unannounced, hide in one of the rooms,
15 you wouldn't be able to find them unless you completely, you
16 know, searched the building every five minutes or posted
17 somebody at the door.  We couldn't post somebody at the door
18 because we didn't have enough instructors and we couldn't post
19 a recruit at the door because we couldn't keep a visual on that
20 recruit, being several places below.  It was determined that I
21 would be the one, for the first two days, to remain armed and
22 he would be the one for the second two days to remain armed.
23       MR. OWENS:  You referenced he and we during this
24 testimony.  Who, who are you referring to?
25       MR. KERN:  I'm referring to Officer Edwards and