EXHIBIT G

```
 1  STATE OF MARYLAND          *     IN THE
 2      Plaintiff              *     CIRCUIT COURT
 3  v.                         *     FOR BALTIMORE COUNTY
 4  WILLIAM SCOTT KERN         *
 5      Defendant              *     Case No.  03-K-13-001842
 6  ************************************************************
 7  TRANSCRIPT OF PROCEEDINGS:
 8  October 17, 2013
 9  Judge Jan Alexander, presiding
10
11
12
13
14  JOHN COX, ASST. STATE'S ATTORNEY
15  KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY
16
17  SHAUN OWENS, ESQUIRE
18  Counsel for Defendant
19
20
21
22
23
24
25  Christine R. Leary, Transcriber
26
```

1                          TABLE OF CONTENTS

2  | DESCRIPTION | PAGE |
3  | Defense direct exam of Defendant, William Scott Kern | 6 |
4  | Defendant's Exhibit 3 | 19 |
5  | Defendant's Exhibit 4 | 26 |
6  | Defendant's Exhibit 5 | 33 |
7  | State's cross exam of Defendant | 37 |
8  | Defense re-direct exam of Defendant | 71 |
9  | Defense direct exam of John Farnam | 79 |
10 | State's cross exam of Mr. Farnam | 110 |
11 | Defense re-direct exam of Mr. Farnam | 122 |
12 | State's re-cross exam of Mr. Farnam | 124 |
13 | Defense re-re-direct exam of Mr. Farnam | 124 |
14 | State's direct exam of Officer Efren Edwards | 127 |
15 | Defense cross exam of Officer Edwards | 131 |
16 | Defendant's Motion for Judgment of Acquittal | 133 |
17 | Judge's decision | 133 |
18 | Discussion regarding jury instructions | 133 |
19 | Judge's instructions to the jury | 139 |
20 | State's closing argument | 150 |
21 | Defense closing argument | 167 |
22 | State's rebuttal closing argument | 179 |
23 | Jury begins deliberation | 186 |
24 | Jury's verdict | 190 |

25
26

1  STATE: Okay and I have a booklet here, does this
2  look familiar to you?
3  MR. KERN: That looks like one of the simunitions
4  manuals, yes.
5  STATE: Okay. So this was, was this a manual that
6  you had when you went to the training?
7  MR. KERN: Yes.
8  STATE: Okay and it's true, is it not, that you're
9  trained by the simunitions company that you cannot have live
10 weapons inside of a training scenario?
11 MR. KERN: That is their suggestion, yes.
12 STATE: That is their suggestion?
13 MR. KERN: Yes.
14 STATE: Okay. Are you saying, therefore, that you
15 chose to ignore that?
16 MR. KERN: I did what we have always done.
17 STATE: And who's we?
18 MR. KERN: The people that had, that conducted the
19 training that we did.
20 STATE: Okay and can you give me an example of
21 somebody else who has ignored that suggestion?
22 MR. KERN: Officer Edwards.
23 STATE: Okay and are you saying it was, did he ignore
24 that on a prior occasion or just on this occasion?
25 MR. KERN: Prior occasions.