EXHIBIT H

```
 1  STATE OF MARYLAND              *    IN THE
 2       Plaintiff                  *    CIRCUIT COURT
 3  v.                              *    FOR BALTIMORE COUNTY
 4  WILLIAM SCOTT KERN              *
 5       Defendant                  *    Case No.  03-K-13-001842
 6  ************************************************************
 7  TRANSCRIPT OF PROCEEDINGS:
 8  October 17, 2013
 9  Judge Jan Alexander, presiding
10
11
12
13
14  JOHN COX, ASST. STATE'S ATTORNEY
15  KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY
16
17  SHAUN OWENS, ESQUIRE
18  Counsel for Defendant
19
20
21
22
23
24
25  Christine R. Leary, Transcriber
26
```

2

1    TABLE OF CONTENTS

2  | DESCRIPTION | PAGE
3  Defense direct exam of Defendant, William Scott Kern...... 6
4  Defendant's Exhibit 3................................................................ 19
5  Defendant's Exhibit 4................................................................ 26
6  Defendant's Exhibit 5................................................................ 33
7  State's cross exam of Defendant............................................ 37
8  Defense re-direct exam of Defendant..................................... 71
9  Defense direct exam of John Farnam...................................... 79
10 State's cross exam of Mr. Farnam........................................... 110
11 Defense re-direct exam of Mr. Farnam.................................... 122
12 State's re-cross exam of Mr. Farnam...................................... 124
13 Defense re-re-direct exam of Mr. Farnam............................... 124
14 State's direct exam of Officer Efren Edwards....................... 127
15 Defense cross exam of Officer Edwards.................................. 131
16 Defendant's Motion for Judgment of Acquittal....................... 133
17 Judge's decision........................................................................ 133
18 Discussion regarding jury instructions................................. 133
19 Judge's instructions to the jury............................................ 139
20 State's closing argument......................................................... 150
21 Defense closing argument......................................................... 167
22 State's rebuttal closing argument......................................... 179
23 Jury begins deliberation......................................................... 186
24 Jury's verdict........................................................................... 190

25

26

1       MR. KERN:  Yes, they do.
2       MR. OWENS:  And what are those?
3       MR. KERN:  This is the gymnasium that we were
4  conducting the exercises in.
5       MR. OWENS:  Okay and are there any notable features
6  that you see along the wall in these photographs?
7       MR. KERN:  There's a door.
8       MR. OWENS:  You mentioned the door, during the course
9  of these afternoon training exercises, was that door open or
10 closed?
11      MR. KERN:  Closed.
12      MR. OWENS:  All right.  Did there ever come a time
13 when you were able to see anything through the window of that
14 door?
15      MR. KERN:  I saw individuals walking back and forth
16 in the hallway in front of the door.
17      MR. OWENS:  Now, why was the fact that you saw, why
18 was your observation that there were people behind that door,
19 significant to you?
20      MR. KERN:  Because we teach the recruits from the
21 beginning of the Academy about things that will injure them in
22 police work and some of the biggest things that hurt police are
23 fatal funnels.  Fatal funnel is a doorway, a hallway, a
24 stairway and windows.  We teach them from the beginning to stay
25 out of those, don't congregate, don't talk to people in those