# EXHIBIT I

| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR BALTIMORE COUNTY |
| WILLIAM SCOTT KERN | * | |
| Defendant | * | Case No. 03-K-13-001842 |

*************************************************

TRANSCRIPT OF PROCEEDINGS:

October 17, 2013

Judge Jan Alexander, presiding

JOHN COX, ASST. STATE'S ATTORNEY

KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY

SHAUN OWENS, ESQUIRE

Counsel for Defendant

Christine R. Leary, Transcriber

**TABLE OF CONTENTS**

| DESCRIPTION | PAGE |
| --- | --- |
| Defense direct exam of Defendant, William Scott Kern | 6 |
| Defendant's Exhibit 3 | 19 |
| Defendant's Exhibit 4 | 26 |
| Defendant's Exhibit 5 | 33 |
| State's cross exam of Defendant | 37 |
| Defense re-direct exam of Defendant | 71 |
| Defense direct exam of John Farnam | 79 |
| State's cross exam of Mr. Farnam | 110 |
| Defense re-direct exam of Mr. Farnam | 122 |
| State's re-cross exam of Mr. Farnam | 124 |
| Defense re-re-direct exam of Mr. Farnam | 124 |
| State's direct exam of Officer Efren Edwards | 127 |
| Defense cross exam of Officer Edwards | 131 |
| Defendant's Motion for Judgment of Acquittal | 133 |
| Judge's decision | 133 |
| Discussion regarding jury instructions | 133 |
| Judge's instructions to the jury | 139 |
| State's closing argument | 150 |
| Defense closing argument | 167 |
| State's rebuttal closing argument | 179 |
| Jury begins deliberation | 186 |
| Jury's verdict | 190 |

Officer Edwards or the other trainees.

MR. OWENS: Prior to that date, strike that. When did you first become aware that you would be using the Rosewood facility for this training?

MR. KERN: I believe it was Thursday or Friday prior to that.

MR. OWENS: What, if any, conversations did you have with anyone in the Academy regarding the planned exercises for that day?

MR. KERN: I went to the entire Academy staff that was there that Friday and that Thursday and asked if anybody could assist us in the training as I, I and Officer Edwards used to do every time we have this training and I was told by every --

STATE: Objection.

JUDGE ALEXANDER: Sustained.

MR. OWENS: You can't tell me, you can't tell me that. Tell me what the purpose was of --

MR. KERN: To obtain more help for our training.

MR. OWENS: Why did you want more help for your training?

MR. KERN: Because it takes more than two people to do that training.

MR. OWENS: Okay and did you receive additional help, what, if any, additional help did you receive for your