EXHIBIT K

1    STATE OF MARYLAND          *     IN THE

2         Plaintiff            *     CIRCUIT COURT

3    v.                         *     FOR BALTIMORE COUNTY

4    WILLIAM SCOTT KERN         *

5         Defendant            *     Case No.   03-K-13-001842

6    ********************************************************

7    TRANSCRIPT OF PROCEEDINGS:

8    October 16, 2013

9    Judge Jan Alexander, presiding

10

11

12

13

14   JOHN COX, ASST. STATE'S ATTORNEY

15   KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY

16

17   SHAUN OWENS, ESQUIRE

18   Counsel for Defendant

19

20

21

22

23

24

25   Christine R. Leary, Transcriber

26

2

**TABLE OF CONTENTS**

**DESCRIPTION**                                                    **PAGE**

Plaintiff's opening................................................ 10

Defendant's opening............................................... 13

State's direct exam of Carolyn Gray.............................. 20

State's direct exam of Officer Efren Edwards.................... 23

State's Exhibit 2................................................. 27

State's Exhibit 1................................................. 45

Cross exam of Officer Edwards by Mr. Owens...................... 57

Re-direct exam of Officer Edwards............................... 67

Re-cross exam of Officer Edwards................................ 67

State's direct exam of Officer Derek Allen...................... 69

State's Exhibit 3................................................. 79

Cross exam of Officer Allen by Mr. Owens........................ 81

Defendant's Exhibit 1............................................ 85

Re-direct exam of Officer Allen................................. 88

Re-cross exam of Officer Allen.................................. 91

State's direct exam of Officer Kodra............................ 94

State's Exhibit 5................................................. 98

State's Exhibit 6................................................ 100

Cross exam of Officer Kodra by Mr. Owens....................... 106

Defendant's Exhibit 2........................................... 107

State's direct exam of Officer Eva Tonin....................... 110

State's Exhibit 7............................................... 117

State's Exhibit 8............................................... 118

1

## TABLE OF CONTENTS

2 **Description**                                                                        **Page**

3  Cross exam of Officer Tonin by Mr. Owens.......................................... 125

4  State's direct exam of Danielle Smith................................. 132

5  Cross exam of Ms. Smith by Mr. Owens.................................................. 144

6  State's direct exam of Officer Russell Tourangeau............... 146

7  Cross exam of Officer Tourangeau by Mr. Owens.......................... 154

8  State's direct exam of Officer Jonathan Molina....................... 159

9  Cross exam of Officer Molina by Mr. Owens.................................... 168

10  State's direct of Officer Kevin Wojciechowski........................... 170

11  Cross exam of Officer Wojciechowski by Mr. Owens................... 177

12  State's direct exam of Dr. David Vitberg................................... 181

13  Defendant's Motion............................................................................. 193

14  State's response............................................................................. 201

15  Defendant's response.................................................................... 208

16  Judge's decision............................................................................. 210

17  Defendant's Motion............................................................................. 212

18  State's response............................................................................. 213

19  Judge's decision............................................................................. 214

20

21

22

23

24

25

1          MR. OWENS:  To his right?

2          OFFICER:  Yes, sir.

3          MR. OWENS:  Okay.  So you were on his right hand

4    side, correct?

5          OFFICER:  Yes, sir.  On my left side.

6          MR. OWENS:  All right.  First and foremost, can you,

7    was Officer Kern holding the weapon with one hand or two hands?

8          OFFICER:  Two.

9          MR. OWENS:  Okay.  Can you show me, just using your

10   finger, what part of the weapon you would have been able to see

11   with both of his hands on it?

12         OFFICER:  Probably this part right here.

13         MR. OWENS:  The, the front part of the weapon?

14         OFFICER:  Yes.

15         MR. OWENS:  Okay.  Could I ask Officer Tonin to come

16   in front of the jury just to point this out?

17         JUDGE ALEXANDER:  Sure.

18         MR. OWENS:  Thank you very much.  Officer Tonin,

19   please, come with me.

20         JUDGE ALEXANDER:  And State, you can feel free to

21   join, if you'd like.

22         STATE:  Thank you.

23         MR. OWENS:  I'll be very quick.  Now, ma'am, again,

24   if you could for the ladies and gentlemen of the jury, can you

25   show me the part of the weapon that you actually saw at the