EXHIBIT L

```
 1  STATE OF MARYLAND          *    IN THE
 2      Plaintiff              *    CIRCUIT COURT
 3  v.                         *    FOR BALTIMORE COUNTY
 4  WILLIAM SCOTT KERN         *
 5      Defendant              *    Case No.  03-K-13-001842
 6  ************************************************
 7  TRANSCRIPT OF PROCEEDINGS:
 8  October 16, 2013
 9  Judge Jan Alexander, presiding
10
11
12
13
14  JOHN COX, ASST. STATE'S ATTORNEY
15  KATA VEHAR-KENYON, ASST. STATE'S ATTORNEY
16
17  SHAUN OWENS, ESQUIRE
18  Counsel for Defendant
19
20
21
22
23
24
25  Christine R. Leary, Transcriber
26
```

1                              TABLE OF CONTENTS

2  | DESCRIPTION | PAGE
3  Plaintiff's opening.................................................................... 10
4  Defendant's opening................................................................. 13
5  State's direct exam of Carolyn Gray........................................ 20
6  State's direct exam of Officer Efren Edwards......................... 23
7  State's Exhibit 2....................................................................... 27
8  State's Exhibit 1....................................................................... 45
9  Cross exam of Officer Edwards by Mr. Owens....................... 57
10 Re-direct exam of Officer Edwards.......................................... 67
11 Re-cross exam of Officer Edwards........................................... 67
12 State's direct exam of Officer Derek Allen.............................. 69
13 State's Exhibit 3....................................................................... 79
14 Cross exam of Officer Allen by Mr. Owens............................. 81
15 Defendant's Exhibit 1.............................................................. 85
16 Re-direct exam of Officer Allen................................................ 88
17 Re-cross exam of Officer Allen................................................. 91
18 State's direct exam of Officer Kodra........................................ 94
19 State's Exhibit 5....................................................................... 98
20 State's Exhibit 6....................................................................... 100
21 Cross exam of Officer Kodra by Mr. Owens............................ 106
22 Defendant's Exhibit 2.............................................................. 107
23 State's direct exam of Officer Eva Tonin................................. 110
24 State's Exhibit 7....................................................................... 117
25 State's Exhibit 8....................................................................... 118
26

TABLE OF CONTENTS

| Description | Page |
|---|---|
| Cross exam of Officer Tonin by Mr. Owens | 125 |
| State's direct exam of Danielle Smith | 132 |
| Cross exam of Ms. Smith by Mr. Owens | 144 |
| State's direct exam of Officer Russell Tourangeau | 146 |
| Cross exam of Officer Tourangeau by Mr. Owens | 154 |
| State's direct exam of Officer Jonathan Molina | 159 |
| Cross exam of Officer Molina by Mr. Owens | 168 |
| State's direct of Officer Kevin Wojciechowski | 170 |
| Cross exam of Officer Wojciechowski by Mr. Owens | 177 |
| State's direct exam of Dr. David Vitberg | 181 |
| Defendant's Motion | 193 |
| State's response | 201 |
| Defendant's response | 208 |
| Judge's decision | 210 |
| Defendant's Motion | 212 |
| State's response | 213 |
| Judge's decision | 214 |

Case 1:13-cv-02270-WMN   Document 88-14   Filed 05/20/15   Page 5 of 5

23

```
 1  physically located right now?
 2          MS. GRAY:  Oh, sure, he's physically located in a
 3  rehabilitation facility.
 4          STATE:  And is that in State or out of State?
 5          MS. GRAY:  That is out of State.
 6          STATE:  Okay.  Have you had an opportunity to
 7  interact with your son concerning the events of the 12$^{th}$ of
 8  February 2013?
 9          MS. GRAY:  I have.
10          STATE:  All right and does he have any recollection
11  of the events of that day?
12          MS. GRAY:  He does not.
13          STATE:  I have no further questions.
14          JUDGE ALEXANDER:  Cross?
15          MR. OWENS:  I have no questions for this witness,
16  Your Honor.
17          JUDGE ALEXANDER:  Thank you, ma'am.  You may step
18  down.
19          MS. GRAY:  Thank you.
20          JUDGE ALEXANDER:  And by agreement by counsel, she
21  may remain in the courtroom, correct?
22          STATE:  Thank you, Your Honor.
23          MR. OWENS:  Yes, Your Honor.
24          JUDGE ALEXANDER:  Ma'am, you may have a seat in the
25  courtroom, if you wish.
```