# MAYOR AND CITY COUNCIL OF BALTIMORE
## ACCOUNTS PAYABLE DIVISION
### Baltimore, MD 21202-3419

| Check Number | | Date |
|---|---|---|
| 1456246 | | 04/19/2016 |

The attached check is in full payment of account as shown below. Please detach check before presentation at bank. No receipt or acknowledgment other than endorsement on check is necessary. If settlement is not satisfactory return both statement and check to the Accounts Payable Division of the Bureau of Accounting and Payroll Services.

Clerk U.S. District Court

101 W Lombard St
2nd Floor
Baltimore, MD 21201

| Date | Invoice Number | PO Number | Description | Paid Amount |
|---|---|---|---|---|
| 04/18/2016 | COB-000185689 | EA000185689 | Case:24-C-16-000061 | $400.00 |
| 04/18/2016 | COB-000185822 | EA000185822 | Case:1:13-cv-02270-WMN | $200,000.00 |



| | TOTAL: | $200,400.00 |
|---|---|---|

---

# MAYOR AND CITY COUNCIL OF BALTIMORE
## ACCOUNTS PAYABLE DIVISION
### Baltimore, MD 21202-3419

**M&T Bank**
Manufacturers and Traders Trust Company

| Check Number | |
|---|---|
| 1456246 | 7-11/520 |

Pay

| DATE | AMOUNT |
|---|---|
| Apr 19, 2016 | $200,400.00 |

Two Hundred Thousand Four Hundred Dollars and 00 Cents

**VOID AFTER 180 DAYS FROM CHECK DATE**

To The Order Of   Clerk U.S. District Court

101 W Lombard St
2nd Floor
Baltimore, MD 21201



*Signature* — MAYOR

*Signature* — DIRECTOR OF FINANCE

⑈1456246⑈ ⑆052000113⑆ 970196796⑈

```
Court Name: District Court
Division: 1
Receipt Number: 14637009005
Cashier ID: kowens
Transaction Date: 04/25/2016
Payer Name: Mayor and City Council
-----------------------------------
TREASURY REGISTRY
 For: Mayor and City Council
 Case/Party: D-MDX-1-13-CV-002270-001
 Amount:         $200,000.00
-----------------------------------
CHECK
 Check/Money Order Num: 1436246
 Amt Tendered:   $200,000.00
-----------------------------------
Total Due:       $200,000.00
Total Tendered:  $200,000.00
Change Amt:      $0.00
```