```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND

RAYMOND GRAY et al.               *
                                  *
     Plaintiffs                   *
v.                                *
                                  *   Civil Action No. WMN-13-2270
OFFICER WILLIAM SCOTT KERN        *
et al.                            *
                                  *
     Defendants                   *
 *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

## ORDER

Defendants have complied with this Court's previously issued Memorandum and Order, directing the City of Baltimore, on behalf of Defendant Kern, to deposit $200,000 with the Clerk of the Court. ECF No. 112. The Court is in receipt of proof of that deposit. ECF No. 115. While the funds are available to the Plaintiffs, the Court understands the funds will remain in the Court's registry pending appeal. For the reasons stated in the above referenced Memorandum and Order, IT IS this 26th day of April, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendant Officer William Scott Kern's Motion to Dismiss, ECF No. 109, shall be GRANTED;

(2) That this case is DISMISSED as moot;

(3) That this action is CLOSED;

(4) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by

reference herein and this order shall be deemed to be a FINAL JUDGMENT within the meaning of Fed. R. Civ. P. 58; and

(5) That the Clerk of the Court shall transmit a copy of this Order to all counsel of record.

                                                   */s/*
                                  William M. Nickerson
                                  Senior United States District Judge